BSS,CLOSED,MEDREQ,REF_DISCOV

# U.S. District Court
## Southern District of Florida (Ft Lauderdale)
### CIVIL DOCKET FOR CASE #: 0:13–cv–61256–JIC

| | |
|---|---|
| Smith v. MarkOne Financial, LLC | Date Filed: 06/07/2013 |
| Assigned to: Judge James I. Cohn | Date Terminated: 08/02/2013 |
| Referred to: Ch. Magistrate Judge Barry S. Seltzer | Jury Demand: Plaintiff |
| Case in other court: Florida Middle, 6:13–cv–00853 | Nature of Suit: 890 Other Statutory Actions |
| | Jurisdiction: Federal Question |

**Plaintiff**

**Willie Smith**     represented by     **William Peerce Howard**
Morgan &Morgan, P.A.
One Tampa City Center
201 North Franklin Street
7th Floor
Tampa, FL 33602
(813) 221–6590
Email: bhoward@forthepeople.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**MarkOne Financial, LLC**     represented by     **William Jonathan Denius**
Killgore Pearlman Stamp Ornstein &Squires, P.A.
PO Box 1913
Orlando, FL 32802
4074251020
Fax: 4078393635
Email: wjdenius@kpsos.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 06/03/2013 | Ï 1 | COMPLAINT against MarkOne Financial, LLC, with Jury Demand (Filing fee $400, receipt number ORL25720) filed by Willie Smith. (Attachments: # 1 Civil Cover Sheet)(JET) (Entered: 06/04/2013) |
| 06/04/2013 | Ï 2 | SUMMONS issued as to MarkOne Financial, LLC. (Mailed to attorney.) (JET) (Entered: 06/04/2013) |
| 06/06/2013 | Ï 3 | ORDER transferring case to the Southern District of Florida, Fort Lauderdale Division. Signed by Senior Judge G. Kendall Sharp on 6/6/2013. (DB) (Entered: 06/06/2013) |
| 06/07/2013 | Ï 4 | TRANSFER to the Southern District of Florida, Fort Lauderdale Division. (JET) (Entered: 06/07/2013) |

| | | |
|---|---|---|
| 06/07/2013 | 5 | Case transferred in from Florida Middle; Case Number 6:13−cv−00853. Electronic file including transfer order and docket sheet received. .(vjk). (Entered: 06/07/2013) |
| 06/07/2013 | 6 | Judge Assignment to Judge James I. Cohn (vjk) (Entered: 06/07/2013) |
| 06/10/2013 | 7 | ORDER Requiring Mediation. Signed by Judge James I. Cohn on 6/10/2013. (ams) (Entered: 06/10/2013) |
| 06/10/2013 | 8 | SCHEDULING ORDER: ( Jury Trial set for 12/23/2013 09:00 AM in Fort Lauderdale Division before Judge James I. Cohn., Calendar Call set for 12/19/2013 09:00 AM in Fort Lauderdale Division before Judge James I. Cohn., Amended Pleadings due by 7/19/2013., Discovery due by 9/19/2013., Joinder of Parties due by 7/19/2013., Mediation Deadline 11/12/2013., In Limine Motions due by 12/3/2013., Dispositive Motions due by 10/21/2013., Pretrial Stipulation due by 12/13/2013.), ORDER REFERRING CASE to Ch. Magistrate Judge Barry S. Seltzer for Discovery Proceedings. Signed by Judge James I. Cohn on 6/10/2013. (ls) (Entered: 06/10/2013) |
| 06/10/2013 | 9 | NOTICE of Filing Proposed Summons(es) by Willie Smith (Howard, William) (Entered: 06/10/2013) |
| 06/11/2013 | 10 | Summons Reissued as to MarkOne Financial, LLC. (ls) (Entered: 06/11/2013) |
| 07/09/2013 | 11 | Unopposed MOTION for Extension of Time to File Answer RE: Complaints re 1 Complaint *Respond* by MarkOne Financial, LLC. Attorney William Jonathan Denius added to party MarkOne Financial, LLC(pty:dft). Responses due by 7/26/2013 (Denius, William) Modified Relief on 7/9/2013 (ls). (Entered: 07/09/2013) |
| 07/09/2013 | 12 | Clerks Notice to Filer re 11 MOTION for Extension of Time to respond to Complaint re 1 Complaint. **Wrong Motion Relief(s) Selected**; ERROR – The Filer selected the wrong motion relief(s) when docketing the motion. The correction was made by the Clerk. It is not necessary to refile this document but future motions filed must include applicable reliefs. (ls) (Entered: 07/09/2013) |
| 07/15/2013 | 13 | ORDER denying as moot 11 Motion for Extension of Time to Answer Complaint. Defendant shall respond to the Complaint by no later than July 25, 2013. Signed by Judge James I. Cohn on 7/15/2013. (ams) (Entered: 07/15/2013) |
| 07/15/2013 | | Reset Answer Due Deadline: MarkOne Financial, LLC response due 7/25/2013 per 13 Order. (ral) (Entered: 07/16/2013) |
| 07/19/2013 | 14 | Unopposed MOTION to Change Venue *and Retransfer Venue* by MarkOne Financial, LLC. Responses due by 8/5/2013 (Denius, William) (Entered: 07/19/2013) |
| 07/23/2013 | 15 | Unopposed MOTION for Extension of Time to Mediate *Agree upon Mediator and File Notice of Selection of Mediator* by MarkOne Financial, LLC. Responses due by 8/9/2013 (Denius, William) Modified Relief on 7/24/2013 (ls). Added Unopposed MOTION for Extension of Time to File Answer RE: Complaints re 1 Complaint *Respond* on 7/24/2013 (ls). (Entered: 07/23/2013) |
| 07/24/2013 | 16 | Clerks Notice to Filer re 15 Unopposed MOTION for Extension of Time to agree upon mediator and file Notice of Selection of Mediator, and to respond to Plaintiff's Complaint re 13 Order on Motion for Extension of Time to Answer RE: Complaints, Set/Reset Deadlines. **Motion with Multiple Reliefs Filed as One Relief**; ERROR – The Filer selected only one relief event and failed to select the additional corresponding events for each relief requested in the motion. The docket entry was corrected by the Clerk. It is not necessary to refile this document but future filings must comply with the instructions in the CM/ECF Attorney User's Manual. (ls) (Entered: 07/24/2013) |
| 08/02/2013 | 17 | ORDER granting 14 Motion to Change Venue. This case is hereby transferred to the United States District Court for the Middle District of Florida. Signed by Judge James I. Cohn on |

|            |   |                                                                                                 |
|------------|---|-------------------------------------------------------------------------------------------------|
|            |   | 8/2/2013. (ams) (Entered: 08/02/2013)                                                           |
| 08/02/2013 | Ï | Case transferred to District of Middle District of Florida electronically (sk) (Entered: 08/02/2013) |