**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

WILLIE SMITH,

    Plaintiff,

v.                            CASE NO.:  3:13-CV-933-J-32MCR

MARKONE FINANCIAL, LLC,

    Defendant.

---

**PLAINTIFF'S RESPONSE IN OPPOSITION TO DEFENDANT'S MOTION**
**FOR LEAVE TO FILE A REPLY TO PLAINTIFF'S RESPONSE**
**IN OPPOSITION TO DEFENDANT'S MOTION FOR JUDGMENT**
**ON THE PLEADINGS AND ALTERNATIVE MOTION FOR SUMMARY**
**JUDGMENT AND SUPPORTING MEMORANDUM OF LAW [DOC. 25]**

---

**COMES NOW** Plaintiff, Willie Smith, by and through his undersigned counsel, and respectfully submits this Response in Opposition to Defendant's Motion for Leave to File a Reply to Plaintiff's Response in Opposition to Defendant's Motion for Judgment on the Pleadings and Alternative Motion for Summary Judgment and Supporting Memorandum of Law [Doc. 25].

<u>**STATEMENT OF THE CASE**</u>

Plaintiff filed a Complaint [Doc.1] against Defendant alleging the Defendant called his cell phone over 140 times after he informed the Defendant that he did not know the person they were calling and after he asked the Defendant to stop calling, in violation of the Telephone Consumer Protection Act (TCPA) and Florida's Consumer Collection Practices Act (FCCPA).  On August 23, 2013, Defendant filed its Motion for Judgment on the Pleadings and Alternative Motion for Summary Judgment on Count II

of Plaintiff's Complaint. [Doc. 23]  On September 5, 2013, Plaintiff filed a Response in Opposition to Defendant's Motion for Judgment on the Pleadings and Alternative Motion for Summary Judgment and Supporting Memorandum of Law. [Doc. 24]   On September 6, 2013, Defendant filed a Motion for Leave to File Reply to Plaintiff's Response in Opposition to Defendant's Motion for Judgment on the Pleadings and Alternative Motion for Summary Judgment and Supporting Memorandum of Law [Doc. 25].

### <u>ARGUMENT AND MEMORANDUM OF LAW</u>

Under the Local Rules of the Middle District of Florida, "No party shall file any reply … unless the Court grants leave." M.D. Fla. Local Rule 3.01(c).  "The purpose of a reply brief is to rebut any new law or facts contained in the opposition's response to a request for relief before the Court." *Tardif v. People for the Ethical Treatments of Animals*, 2011 WL 2729145 (M.D.Fla.).  The *Tardif* Court denied the motion to file a reply because they did "not allege that there is a new matter or law or fact argued" and therefore the motion "fails to rise to the level required by the Local Rules to file a reply."

Defendant's Motion [Doc. 25] is devoid of any real reason to file any Reply, much less an adequate reason.  The only hint is the assertion that defense council "has determined that a brief Reply is appropriate." [Doc. 25, ¶4]  This is not the appropriate standard.  If this was then every attorney would say this and the Local Rules would have no meaning and a very bad precedent would be established.  There is absolutely no assertion by Defendant that there is new case law or any other new fact.  In fact Defendant has failed to cite one case or memorandum supporting their position.  The most likely reason for the request is to reargue the unsupported position that Plaintiff is

not an "alleged debtor."  As pointed out by the *Tardif* Court, a desire to reargue is not appropriate.

It is within the discretion of this Court to grant replies, however Plaintiff asserts when the Defendant fails to allege there is a new matter of law or fact or any other legitimate reason, and fails to cite any case law in support of their position, the Court should not exercise its discretion.

## **<u>CONCLUSION</u>**

Allowing Defendant another bite at the apple, for no good reason, will only delay this case further and waste this Court's resources, in addition to causing the Plaintiff to incur additional fees and costs.

**WHEREFORE**, Plaintiff respectfully requests this Honorable Court deny Defendant's Motion for Leave to File a reply to Plaintiff's Response in Opposition to Defendant's Motion for Judgment on the Pleadings and Alternative Motion for Summary Judgment [Doc. 25] and for such other and further relief as this Court deems just and proper in the interest of justice.

## **<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on September 18, 2013, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system to the following CM/ECF participants:  William J. Denius, Esq., Kilgore, Pearlman, Stamp, Ornstein & Squires, P.A., 2 South Orange Avenue, 5th Floor, Orlando, FL  32801 wjdenius@kpsos.com

I further Certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to the following non-CM/ECF participants:  **None.**

Respectfully submitted,

*s/William Peerce Howard*
William Peerce Howard, Esq.
Florida Bar No.:  0103330
Amanda J. Allen, Esq.
Florida Bar No.: 098228
Attorney for Plaintiff
Morgan & Morgan,  P.A.
One Tampa City Center
201 North Franklin Street, 7th Floor
Tampa, FL 33602
Telephone:  (813) 223-5505
Facsimile:  (813) 223-5402
WHoward@ForThePeople.com
AAllen@ForThePeople.com