UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

**WILLIE SMITH,**

    **Plaintiff,**

vs.                                      Case No.  3:13-cv-00933-TJC-MCR

**MARKONE FINANCIAL, LLC,**

    **Defendant.**

_____/

## DEFENDANT'S NOTICE OF FILING ERRATA SHEETS

Defendant, MARKONE FINANCIAL, LLC ("Defendant"), by and through undersigned counsel, hereby gives notice of filing the following Errata Sheets:

1. Errata Sheet of Ryan Johnson to the deposition taken on February 19, 2014, attached hereto as Exhibit "A";

2. Errata Sheet of Nikhilesh Nath to the deposition taken on February 19, 2014, attached hereto as Exhibit "B";

3. Errata Sheet of Nicole Bailey to the deposition taken on March 24, 2014, attached hereto as Exhibit "C";

4. Errata Sheet of Jade Peterson to the deposition taken on March 24, 2014, attached hereto as Exhibit "D";

5. Errata Sheet of Thomas Maloney to the deposition taken on March 24, 2014, attached hereto as Exhibit "E";

6. Errata Sheet of Cassandra Barksdale to the deposition taken on March 24, 2014, attached hereto as Exhibit "F";

7.	Errata Sheet of Shanterica Moore to the deposition taken on March 24, 2014, attached hereto as Exhibit "G."

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true copy hereof has been furnished via CM/ECF to William Peerce Howard, Esq. at WPHPleadings@ForThePeople.com , and Michael J. Vitoria, Esq. at MVitoria@ForThePeople.com ; on this 21st day of May 2014.

        KILLGORE, PEARLMAN, STAMP,
         ORNSTEIN & SQUIRES, P.A.
        2 South Orange Avenue, 5th Floor
        Orlando, Florida 32801
        Telephone:  (407) 425-1020
        Facsimile:  (407) 839-3635
        _/s/ William J. Denius_____
        William J. Denius
        Florida Bar No. 0093637
        Counsel for Defendant
        Primary:  wjdenius@kpsos.com
        Secondary:  ldreyer@kpsos.com
        Secondary:  litigation@kpsos.com