**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

**WILLIE SMITH,**

    **Plaintiff,**

**v.**                                                             Case No.  3:13-cv-00933-TJC-MCR

**MARKONE FINANCIAL, LLC,**

    **Defendant.**
_____/

**NOTICE OF SETTLEMENT**

PLEASE TAKE NOTICE that the parties have reached an agreement for settlement, and are in the process of memorializing the terms of same in a written settlement agreement.

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a true copy hereof has been furnished via email to William Peerce Howard, Esq. at WPHPleadings@ForThePeople.com , Michael J. Vitoria, Esq. at MVitoria@ForThePeople.com ; on this 6th day of August, 2015.

                                              KILLGORE, PEARLMAN, STAMP,
                                                ORNSTEIN & SQUIRES, P.A.
                                            2 South Orange Avenue, 5th Floor
                                            Orlando, Florida 32801
                                            Telephone:  (407) 425-1020
                                            Facsimile:  (407) 839-3635
                                             /s/ William J. Denius_____
                                            William J. Denius
                                            Florida Bar No. 0093637
                                            Michael A. Semanie
                                            Florida Bar No. 0085386
                                            Adam J. Vesey
                                            Florida Bar No. 0088874
                                            Counsel for Defendant
                                            wjdenius@kpsos.com
                                            msemanie@kpsos.com
                                            avesey@kpsos.com
                                            ldreyer@kpsos.com
                                            kritchie@kpsos.com