# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

WILLIE SMITH,

    Plaintiff,

v.                                                                                   Case No. 3:13-cv-933-J-32MCR

MARKONE FINANCIAL, LLC,

    Defendant.

## **O R D E R**

Upon review of the Joint Stipulation of Dismissal With Prejudice (Doc. 143), filed on December 30, 2015, this case is dismissed with prejudice. Each party shall bear its own attorneys' fees and costs. The Clerk should close the file.

**DONE AND ORDERED** in Jacksonville, Florida this 30th day of December, 2015.

TIMOTHY J. CORRIGAN
United States District Judge

sj
Copies:

Counsel of record